**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7544**

---

JACKIE MCMULLEN,

                                    Petitioner - Appellant,

        versus

BUREAU OF PRISONS,

                                    Respondent - Appellee.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  William M. Kidd, Senior District Judge.  (CA-98-118-1)

---

Submitted:  April 15, 1999          Decided:  April 21, 1999

---

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jackie McMullen, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jackie McMullen appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See McMullen v. Bureau of Prisons, No. CA-98-118-1 (N.D.W. Va. Sept. 21, 1998); see also Pelissero v. Thompson, ___ F.3d ___, 1999 WL 133112 (4th Cir. Mar. 12, 1999) (No. 97-6156). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                          AFFIRMED

2